# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA MCCLAIN, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARVEST MANAGEMENT SUB TRS CORP., and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00034-GSA<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>(ECF No. 14) |

On April 13, 2015, the parties jointly submitted a Stipulation of Dismissal to the Court. (ECF No. 14.) Accordingly, the instant matter is dismissed with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

　Dated:　**April 14, 2015**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

- 1 -